```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _08/21/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BELGICA E. ALVARADO MOSQUERA,

        Plaintiff,

-against-

GINGRICH ANIMAL SUPPLY INC. AND LOUIS ANDREW THOMAS,

        Defendants.

24 Civ. 4187 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Plaintiff, Belgica E. Alvarado Mosquera, initiated this personal injury action on February 14, 2024, by filing a complaint in Supreme Court, Bronx County. Removal Notice ¶ 4, ECF No. 1; *see* Compl., ECF No. 1-1. On May 31, 2024, Defendants, Gingrich Animal Supply, Inc. and Louis Andrew Thomas, removed the action, citing as the basis for removal this Court's diversity jurisdiction pursuant to 28 U.S.C. § 1332(a)(2). Removal Notice ¶ 7.

    On June 3, 2024, the Court ordered Defendants to show cause in writing, on or before June 17, 2024, why this action should not be remanded to Supreme Court, Bronx County. ECF No. 3. Defendants filed their motion on June 14, 2024. ECF No. 4. The motion included its certificate of service to Plaintiff via United States mail to her attorney, ECF No. 4-7, and email correspondence with Plaintiff's counsel, Aida Kuperman, in which Plaintiff's counsel indicated that she "will not oppose removal to federal court," ECF No. 4-5.

    Although the parties filed a proposed case management plan, a joint letter, and their consent to proceed before the assigned magistrate judge, ECF Nos. 11–13, the matter cannot move forward without Plaintiff's counsel first making her formal appearance on the docket on behalf of Plaintiff.

    Accordingly, Plaintiff's counsel is directed to enter a formal appearance on the docket by **August 28, 2024**.

    SO ORDERED.

Dated: August 21, 2024
       New York, New York

ANALISA TORRES
United States District Judge