```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _08/29/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BELGICA E. ALVARADO MOSQUERA,

                Plaintiff,

-against-

GINGRICH ANIMAL SUPPLY INC. AND LOUIS ANDREW THOMAS,

                Defendants.

24 Civ. 4187 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On August 21, 2024, the Court directed Plaintiff's counsel to enter a formal appearance on the docket by August 28, 2024.  See ECF No. 14.  Counsel's appearance is now overdue.

    Accordingly, Plaintiff's counsel is directed to enter a formal appearance on the docket by **September 5, 2024**.  Defendants shall transmit a copy of this order to Plaintiff's counsel.

    SO ORDERED.

Dated: August 29, 2024
        New York, New York

                                              ANALISA TORRES
                                     United States District Judge