**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
BELGICA E. ALVARADO MOSEQUERA,                :
                                               :
                Plaintiff,        :   24-cv-4187 (OTW)
                                               :
                -against-        :   **ORDER**
                                               :
GINGRICH ANIMAL SUPPLY INC. and LOUIS          :
ANDREW THOMAS,                                 :
                                               :
              Defendants.       :
                                               :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an Initial Case Management Conference in this action on November 19, 2024. The parties are directed to file a joint status letter on the docket on the last business Friday of every month until the close of discovery. The parties' first letter is due December 20, 2024, and should indicate whether the parties would like a referral to mediation or settlement proceedings before another Judge.

    **SO ORDERED.**

                                                      *s/ Ona T. Wang*

Dated: November 20, 2024                                     **Ona T. Wang**
       New York, New York                         United States Magistrate Judge