**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
BELGICA E. ALVARADO MOSEQUERA,

                Plaintiff,                    24-cv-4187 (OTW)

            -against-                   **ORDER**

GINGRICH ANIMAL SUPPLY INC. and LOUIS
ANDREW THOMAS,

                Defendants.
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed the parties' joint letter at ECF 44. Judge Aaron will assist the parties in mediation. Accordingly, the parties are directed to contact Judge Aaron's Chambers directly to arrange for a confidential settlement conference.

**SO ORDERED.**

Dated: September 25, 2025
       New York, New York

/s/ Ona T. Wang
**Ona T. Wang**
United States Magistrate Judge