**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
BELGICA E. ALVARADO MOSQUERA,

                Plaintiff,

      -against-

GINGRICH ANIMAL SUPPLY INC., et al.,

                Defendants.
------------------------------------------------------------x

24-cv-4187 (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

This matter is set for trial **December 2, 2025**. The Court will hold a pretrial conference on **Monday, November 17, 2025 at 10:30 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The Court will hold a final pretrial conference on **December 1, 2025 at 10:30am** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

Accordingly, Expert Discovery shall be closed **November 7, 2025** and the parties shall submit their joint pretrial order in accordance with my Individual Practices in Civil Cases (*See* https://www.nysd.uscourts.gov/hon-ona-t-wang) by **November 14, 2025.**

       SO ORDERED.

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: October 6, 2025
New York, New York