UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
BELGICA E. ALVARADO MOSEQUERA,                :
                                              :
                    Plaintiff,           :    24-cv-4187 (OTW)
                                              :
                    -against-           :    **ORDER OF DISMISSAL**
                                              :
GINGRICH ANIMAL SUPPLY INC. and LOUIS         :
ANDREW THOMAS,                                :
                                              :
                    Defendants.          :
                                              :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court having been advised that all claims asserted herein have been settled, it is **ORDERED** that the above-entitled action be, and hereby is, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within thirty days of this order, either party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored. Any pending dates and deadlines are adjourned *sine die*, and all pending motions are **DENIED AS MOOT**.

The Clerk of Court is respectfully directed to terminate ECF Nos. 44 and 33, and close the case.

      **SO ORDERED.**

Dated: November 14, 2025
       New York, New York

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge